Issac A. COLBERT *v.* STATE of Arkansas

CR 99-1101 1 S.W.3d 26

Supreme Court of Arkansas
Opinion delivered October 14, 1999

*Christy M. Adams,* for appellant.

No response.

P ER CURIAM. Petitioner, Isaac A. Colbert, by his attorney, Christy M. Adams, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on her part.

██ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State,* 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases,* 295 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.